# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA  
v.  

ELLIE MELVIN BRETT

**WARRANT FOR ARREST**  
AGENT TO ARREST

Case Number: 1:20-MJ-0925

**UNDER SEAL**

TO:   The United States Marshal  
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ELLIE MELVIN BRETT

and bring him or her forthwith to the nearest magistrate judge to answer a **COMPLAINT** charging him with: On or about October 2, 2020, in Fulton County, in the Northern District of Georgia, defendant did, aided and abetted by others, maliciously damage, by means of fire, vehicles, that is, five postal trucks located at 848 Oglethorpe Avenue SW, Atlanta, GA 30310, in whole and in part owned, possessed by, and leased to the United States and a department and agency of the United States, the United States Postal Service,

in violation of 18, United States Code, Section(s) 844(f) and 2.

LINDA T. WALKER  
Name of Issuing Officer

*Linda J. Walker* (signature)  
Signature of Issuing Officer

United States Magistrate Judge  
Title of Issuing Officer

October 27, 2020  
Atlanta, Georgia  
Date and Location

Bail Fixed at $_____  by_____  
                                              Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:
_____

Date Received:_____    _____  
                                           Name and Title of Arresting Officer

Date of Arrest:_____    _____  
                                           Signature of Arresting Officer