# United States District Court

NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 0 5 2020

JAMES N. HATTEN, Clerk
By_____ Deputy Clerk

UNITED STATES OF AMERICA

v.

ELLIE MELVIN BRETT

**WARRANT FOR ARREST**
AGENT TO ARREST

Case Number: 1:20-MJ-0925

~~UNDER SEAL~~

TO:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ELLIE MELVIN BRETT

and bring him or her forthwith to the nearest magistrate judge to answer a **COMPLAINT** charging him with: On or about October 2, 2020, in Fulton County, in the Northern District of Georgia, defendant did, aided and abetted by others, maliciously damage, by means of fire, vehicles, that is, five postal trucks located at 848 Oglethorpe Avenue SW, Atlanta, GA 30310, in whole and in part owned, possessed by, and leased to the United States and a department and agency of the United States, the United States Postal Service,

in violation of 18, United States Code, Section(s) 844(f) and 2.

LINDA T. WALKER
Name of Issuing Officer

*Linda J. Walker*
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

October 27, 2020
Atlanta, Georgia
Date and Location

Bail Fixed at $_____  by_____
                                              Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

_____

Date Received: 10-27-20
Date of Arrest: 10-28-20

Jacob Petrens  Inspector
Name and Title of Arresting Officer

_____
Signature of Arresting Officer